**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Joseph Anthony WALKER, a/k/a Joseph Walker, a/k/a Jody Laboard, a/k/a Derrick Laboard, Defendant—Appellant.**

**No. 06–8046.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 31, 2007.

Decided: Dec. 3, 2007.

G. Wells Dickson, Jr., Charleston, South Carolina, for Appellant. Alston Calhoun Badger, Jr., Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Anthony Walker appealed from the denial of his motion for reduction of sentence under 18 U.S.C.A. § 3582(c) (West 2000 & Supp.2007) pursuant to Amendment 599. This case was previously remanded for a determination of timeliness of the appeal in the ten-day appeal period. On November 21, 2006, the district court determined that the appeal was timely noted and returned the case to the court. On July 2, 2007, judgment was entered affirming the district court's order. *See United States v. Walker,* 231 Fed.Appx. 282 (4th Cir.2007) (unpublished). The mandate issued on August 24, 2007.

On December 1, 2006, Walker, proceeding pro se, noted another appeal of the order denying § 3582(c) relief, which is the notice of appeal related to the subject case. Having reviewed the record and the *Anders* brief, the court finds that this appeal is duplicitous and dismisses the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*DISMISSED.*